**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**WESLEE ALLEN MUCKENFUSS,**                                    **PLAINTIFF**
**ADC #147499**

**v.**                              **CASE NO. 5:16CV00023 BSM**

**SCOTTY ARRINGTON et al.**                                   **DEFENDANTS**

## ORDER

The recommended partial disposition submitted by United States Magistrate Judge J. Thomas Ray and plaintiff Weslee Muckenfuss's objections thereto have been reviewed. After carefully considering these documents and making a *de novo* review of the record, the recommended partial disposition is adopted in all respects.

IT IS THEREFORE ORDERED THAT:

1.     Muckenfuss may proceed only with his inadequate medical care claim against Scotty Arrington in his individual capacity.

2.     Muckenfuss's remaining claims against Arrington  are dismissed without prejudice.

3.     Muckenfuss's claims against the Drew County Sheriff's Office and the Drew County Detention Facility are dismissed with prejudice.

4.     The clerk is directed to prepare a summons for Arrington, and the U.S. Marshal is directed to serve the summons, complaint, amended complaint, and this order on him without prepayment of fees and costs or security therefor.  If Arrington is no longer a Drew

County's employee, the individual responding to service must file a **sealed** statement providing his last known private mailing address.

     5.      It is certified that an *in forma pauperis* appeal from this order would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

     IT IS SO ORDERED this 20th day of April 2016.

_____
UNITED STATES DISTRICT JUDGE