UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**WESLEE ALLEN MUCKENFUSS**                             **PLAINTIFF**

v.                      **5:16-CV-00023-JTR**

**SCOTTY ARRINGTON, Deputy Jailer,** *et al*.        **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered this date, this case is dismissed with prejudice. This action is terminated, and the Court certifies that an in forma pauperis appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Dated this 21st day of December, 2017.

_____
UNITED STATES MAGISTRATE JUDGE